**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY LYNN WEST,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:21-cv-00824-EPG<br><br>ORDER DIRECTING E-SERVICE OF THE SUMMONS AND COMPLAINT |

Plaintiff Gary Lynn West ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying the Plaintiff's claim for disability benefits under the Social Security Act.

Plaintiff filed his complaint on May 20, 2021, along with a motion to proceed *in forma pauperis*. (ECF Nos. 1, 2.) On May 24, 2021, the Court entered an order granting the motion to proceed *in forma pauperis* and directing the United States Marshal to serve the summons and complaint on the Commissioner. (ECF No. 3.) The Clerk of Court accordingly issued instructions to Plaintiff to return certain documents in order to effectuate service. (ECF No. 5-3.)

To date, a return of service has not been filed and it is not clear whether Plaintiff has returned the necessary service documents. The Court will thus order the summons and complaint to be served on the Commissioner pursuant to the Court's e-service program.

Accordingly, IT IS HEREBY ORDERED that service on the Commissioner of Social Security shall proceed under the Court's E-Service program as follows: the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint. The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **August 18, 2021**                     /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE