JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:              541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY LYNN WEST, | ) | Case No.  1:21-CV-00824-EPG |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____) | | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 8 Days to January 27, 2022, for Plaintiff to file his Opening Brief in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to Plaintiff's counsel's substantially increased workload, as well as the fact that Plaintiff's counsel has been experiencing a great deal of dental pain due to an abscessed tooth which is hampering her work efficiency.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: January 18, 2022                JACQUELINE A. FORSLUND
                                      Attorney at Law


                                      */s/Jacqueline A. Forslund*
                                      JACQUELINE A. FORSLUND

                                      Attorney for Plaintiff


Date:  January 18, 2022               PHILIP A. TALBERT
                                      Acting United States Attorney
                                      WILLIE LE
                                      Regional Chief Counsel, Region X
                                      Social Security Administration

                                      */s/David Burdett*
                                      DAVID BURDETT
                                      Special Assistant United States Attorney
                                      *By email authorization

                                      Attorney for Defendant

**West v. Kijakazi**              **Stipulation and Order**        **E.D. Cal. 1:21-cv-00824-EPG**

**ORDER**

Pursuant to the parties' stipulation (ECF No. 14), IT IS HEREBY ORDERED that Plaintiff shall file and serve an Opening Brief by January 27, 2022. All subsequent deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:  **January 19, 2022**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE